IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

STANLEY WINFIELD
  a/k/a Stan the Man
and
RONNIE MAPLES
  a/k/a Amp
_____/

INDICTMENT

5:06 cr 90-RS/LB

THE GRAND JURY CHARGES:

COUNT ONE

That between on or about August 30, 2005, and on or about June 16, 2006, in the Northern District of Florida and elsewhere, the defendants,

STANLEY WINFIELD
a/k/a Stan the Man
and
RONNIE MAPLES
a/k/a Amp,

did knowingly and willfully combine, conspire, confederate and agree together and with other persons to distribute and to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved more than fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2006 OCT -3  PM 5: 09

FILED

## COUNT TWO

That on or about June 16, 2006, in the Northern District of Florida, the defendants,

**STANLEY WINFIELD**
a/k/a Stan the Man
and
**RONNIE MAPLES**
a/k/a Amp,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, and that this offense involved more than five (5) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations charged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants,

**STANLEY WINFIELD**
a/k/a Stan the Man
and
**RONNIE MAPLES**
a/k/a Amp,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

    A.    Property constituting and derived from any proceeds the defendants obtained,

directly or indirectly, as the result of such violations; and

  B. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

  i. cannot be located upon the exercise of due diligence;

  ii. has been transferred, sold to, or deposited with a third party;

  iii. has been placed beyond the jurisdiction of this Court;

  iv. has been substantially diminished in value; or

  v. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

All pursuant to Title 21, United States Code, Section 853(a).

A TRUE BILL:

(Redacted per Privacy Policy)

FOREPERSON

October 3, 2006
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
CHRISTOPHER P. CANOVA
Assistant United States Attorney