IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                            5:06CR90-RS

STANLEY WINFIELD
a/k/a "Stan the Man"
and
RONNIE MAPLES
_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the defendants,

STANLEY WINFIELD
a/k/a "Stan the Man"
and
RONNIE MAPLES

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such indictment against the defendants.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 3rd day of October, 2006, at Tallahassee, Florida.

WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2006 OCT -3 PM 5: 06

FILED