# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 9:46 a.m.  Case No.: 5:06cr90(2)-RS
Time Concluded: 9:56 a.m.  Date: April 11, 2007

| PROCEEDINGS: | **Sentencing** |
|---|---|
| | **Count 1:** 188 months Imprisonment; 10 years Supervised Release; Fine WAIVED; $100 Special Monetary Assessment |
| | ■ Court 2 is **DISMISSED** |

PRESENT:   HON.   **Richard Smoak**, JUDGE

| Jeff Law | Kristina Brown | Lisa Jones | Chris Canvoa |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)   ATTORNEYS FOR DEFENDANT

(1) **RONNIE MAPLES**   (1) Chris Patterson
✔ present  ✔ custody  ___ bond  ___ O/R   ✔ present  ✔ apptd.  ___ retained

✔  DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

___  Objections were made to the PSR.

✔  Notice of Enhancement filed [33]   ___ Court Question defendant about prior conviction

✔  DEFENDANT ADJUDICATED GUILTY OF COUNT(S):   1   *(@ Change of Plea)*

**SENTENCE IMPOSED:**
✔  DFT remanded to custody of Bureau of Prisons
on count(s)   1   imprisonment for a term of 188 months

✔  Additional recommendation:
  ✔ Substance Abuse Treatment while in the custody of BOP
  ___ Mental Health Treatment while in the custody of BOP
  ___ Intensive Confinement Center (ICC)

✔  FINE PAYMENT:  ✔ Fine waived; ___ Fine of $____;  ✔ SMA OF $ 100 due immediately

___  Dft is liable for restitution of:
  $_____ made payable to _____
  $_____ made payable to _____
  $_____ made payable to _____

___  DFT is jointly and severally liable for restitution with _____

**SENTENCING MINUTES CONTINUED** ... **PAGE 2**
*USA v. Ronnie Maples - 5:06CR90(2)-RS*

✔  S/R or PROBATION.  Dft is under:
  ✔ Supervised Release upon completion of term of imprisonment for a period of:
    Count 1:  __10__  years
    __ Probation for a period of ____ years.
    __ Home Detention of _____ months

  With the following special conditions or modifications:
    ____DFT to be deported upon release from BOP
    ____DFT shall cooperate with the US Probation Officer and the Dept.of Homeland Security regarding Immigration status.
        If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
    ____DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
    ✔ DFT shall not own or possess a firearm (including ammunition), dangerous weapon or destructive device.
    ✔ DFT shall submit to:  ✔  testing for the use of drugs or alcohol to excess;
        ✔  DFT shall participate in a program of substance abuse treatment;
        ____DFT shall participate in a program of mental health treatment.
    ✔ DFT shall provide requested financial information to the U.S. Probation Officer.
    ____DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
    ____DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
    ____Upon release dft to: __ maintain employment or enroll as full-time student; __ complete High School Education.
    ____DFT shall notify the probation officer ten days prior to any change of residence or employment.
    ____DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement
        of child support payments
    ✔ DFT shall cooperate with the probation office in the collection of DNA samples as required by 42 U.S.C. § 14135a.
    ____ADDITIONAL TERMS:

✔  CUSTODY STATUS
  ✔ DFT committed to the custody of the U.S. Department of Justice.
  __ DFT to surrender to USMS at _____ or _____ designated institution at his/her own expense no later
     than _____ on _____.
  __ DFT remains on bond with ____ the same terms and conditions or ____ modified terms as follows:

✔  Remaining count(s) __2__ is **DISMISSED** on government motion.

✔  Court informs Dft of right to appeal.
     ____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

____ Court recommends place of incarceration at / near _____.

**Additional Court Notes:**
9:46   Court in Session
9:47   Deft Sworn
9:47   No objections to PSR by counsel or deft
9:48   Court in receipt of Motion
9:48   Atty Patterson addresses the Court re: deft (CP)
  ▪ Atty Patterson requests the deft participate in a drug treatment program (CP)
9:49   Deft MAPLES addresses the Court
9:49   AUSA Canova responds (CC)
9:51   Court: Court will recommend the deft participate in the long-term substance abuse program.
9:51   **Sentence Imposed:**
       **Count 1:** 188 months Imprisonment; 10 years Supervised Release; Fine WAIVED; $100 Special Monetary Assessment
  ▪ Count 2 is **DISMISSED**

**SENTENCING MINUTES CONTINUED** ...                                                                                                         **PAGE 3**
*USA v. Ronnie Maples - 5:06CR90(2)-RS*

9:56   No objections to sentence imposed
9:56   AUSA Canova advises there are no forfeitures in this matter (CC)
9:56   Deft advised of Right to Appeal *(must be filed w/in 10 days)*
9:56   Court Adjourned