✎AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RONNIE MAPLES | ) | Case No: 5:06cr90-002/RS |
| | ) | USM No: 06528-017 |
| Date of Previous Judgment: 04/11/2007 | ) | Christopher N. Patterson (Appointed) |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188 Months__ months **is reduced to** __162 Months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This Order shall become effective ten days after the date of the Order to permit the Bureau of Prisons to take the necessary steps to prepare for implementation of the Order.

Except as provided above, all provisions of the judgment dated __04/11/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/18/2008__

_/s/ Richard Smoak_
Judge's signature

Effective Date: __04/29/2008__
(if different from order date)

Richard Smoak, U.S. District Judge
Printed name and title