United States District Court
Northern District Of Florida

| | |
|---|---|
| Ronnie Maples, pro se, Petitioner, vs. United States Of America, Respondent. | Case Number 5:06CR90-002RS |

## Motion 3582(c), Amendment 782

Comes now, Ronnie Maples ("Petitioner"), pro-se, requesting relief from his 188 month sentence under amendment 782. Petitioner does not waive his right to competent and effective counsel. Petitioner know very little about how federal law works and would appreciate legal advice if this motion is inadequate. He does not have funds to pay counsel.

Petitioner feels that he is a prime candidate for the two (2) point reduction that the United States Sentencing Commission voted in Amendment 782 to be retroactive for prisoners in federal custody. He is not a threat to society.

Petitioner has included an updated progress report with this motion for this Honorable Court to review. Petitioner has had many years to reflect on

2.

his previous criminal behavior and the pain and suffering he has caused the ones he loves as well as himself. Petitioner regrets the bad decisions he's made in the past and he will never make the same mistakes again. He is asking this Honorable Court to reduce his sentence by two (2) points to give him another oportunity to get back into society so he can become a productive member.

Respectfully Submitted on date ___FEB. 6 2015___,

_____

Ronnie Maples
Reg. No. 06528 017
F.C.I. Route 37
Danbury, Ct.
06811

Certificate Of Service

I, Ronnie Maples, swear that a true copy of this motion was sent to the A.U.S.A.'s office via the Prison Mail System on date: ___FEB 6, 2015___.

signed: _Ronnie Maples_.

```
 DANCP            *        INMATE EDUCATION DATA           *     01-06-2015
 PAGE 001         *             TRANSCRIPT                 *     09:18:22

 REGISTER NO: 06528-017     NAME..: MAPLES                      FUNC: PRT
 FORMAT.....: TRANSCRIPT    RSP OF: DAN-DANBURY FCI

 --------------------------- EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
 DAN  ESL HAS    ENGLISH PROFICIENT           06-25-2007 0735 CURRENT
 DAN  LS EARNED  LIFE SKILLS EARNED           05-31-2011 1212 CURRENT

 ---------------------------- EDUCATION COURSES ------------------------------
 SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
 YAZ        RPP5 REINTEGRATION W/ SOCIETY 01-01-2014 01-01-2014  P  C  P    1
 YAZ        RPP6 MOTIVATION               10-30-2013 10-30-2013  P  C  P    1
 YAZ        RPP6-POSTIVE PARENTING        10-30-2013 10-30-2013  P  C  P    1
 YAZ        RPP6 VICTIM IMPACT            10-07-2013 10-07-2013  P  C  P    1
 YAZ        RPP2 FROM PRISON TO PAYCHECK  10-07-2013 10-07-2013  P  C  P    1
 YAZ        RPP1 STRESS MANAGEMENT        10-05-2013 10-05-2013  P  C  P    1
 POM        ALCOHOLICS ANONYMOS           03-08-2013 07-19-2013  P  W  I    7
 YAZ        RPP1 AIDS AWARENESS           08-08-2013 08-08-2013  P  C  P    1
 POM        LIFE SKILLS PROG 1:30-3:30 M-F 07-12-2010 05-31-2011 P  C  P 1234
 POM        GED 12:00-1:30PM M-F          06-07-2010 07-12-2010  C  W  I    0
 POM        GED 9:30-11:00AM M-F          06-01-2009 06-07-2010  C  W  I    0
 POM        ETIQUETTE ACE CLASS           02-09-2010 04-20-2010  P  C  P   12
 POM        1 FCI ABDOMINAL CLASS         01-04-2010 02-12-2010  P  C  P   18
 POM        6 DRUG EDUCATION              12-07-2009 12-15-2009  P  C  P   13
 POM        ANGER MANAGEMENT PRE-RELEASE  09-28-2009 12-14-2009  P  C  P   16
 ATL        GED CLASS, 12:30-3:00, SMITH  07-01-2008 07-03-2008  P  W  V    8
 ATL        GED 12:30-3:00RODGERS         11-13-2007 06-30-2008  P  W  I  233

 ---------------------------- HIGH TEST SCORES -------------------------------
 TEST       SUBTEST       SCORE    TEST DATE    TEST FACL   FORM       STATE
 GED PRAC   LIT/ARTS      510.0    06-03-2008   ATL         PC
            MATH          370.0    02-21-2008   ATL         PE
            SCIENCE       470.0    06-03-2008   ATL         PC
            SOC STUDY     520.0    06-03-2008   ATL         PC
            WRITING         0.0    02-21-2008   ATL         PE
 TABE A     BATTERY         6.6    02-26-2010   POM         9
            LANG MECH       1.7    02-26-2010   POM         9
            LANGUAGE        4.6    02-26-2010   POM         9
            MATH APPL       6.7    02-26-2010   POM         9
            MATH COMP       7.2    08-23-2009   POM         10
            READING         9.8    02-26-2010   POM         9
            SPELLING        9.2    08-23-2009   POM         10
            TOTAL MATH      6.4    02-26-2010   POM         9
            VOCABULARY      4.6    02-26-2010   POM         9
 TABE M     BATTERY         2.4    06-17-2010   POM         9
            LANG MECH       1.3    06-17-2010   POM         9
            LANGUAGE        1.5    06-17-2010   POM         9
            MATH APPL       2.3    06-17-2010   POM         9
            MATH COMP       1.8    06-17-2010   POM         9
            READING         3.8    06-17-2010   POM         9

 G0002      MORE PAGES TO FOLLOW . . .
```

```
  DANCP           *        INMATE EDUCATION DATA          *    01-06-2015
PAGE 002 OF 002   *              TRANSCRIPT               *      09:18:22

REGISTER NO: 06528-017    NAME..: MAPLES                     FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: DAN-DANBURY FCI

--------------------------- HIGH TEST SCORES -----------------------------
TEST            SUBTEST        SCORE    TEST DATE    TEST FACL   FORM    STATE
TABE M          SPELLING       3.2      06-17-2010   POM         9
                TOTAL MATH     2.1      06-17-2010   POM         9
                VOCABULARY     1.6      06-17-2010   POM         9




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Mr. Ronnie D. Maples 06528-017
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099

WESTCHESTER NY 105
09 FEB 2015 PM 6 T

⇔06528-017⇔
Clerk Of The Court
gulf Coast Building
30 W Government ST
2nd Floor
Panama CITY, FL 32401
United States

